**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

__Nogin Commerce, LLC__

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

**Principal place of business**

__15 West 38 St.__
Number    Street

__Suite 501__

__New York__    __NY__    __10018__
City            State    ZIP Code

__New York__
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____  _____  _____
City                    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____  _____  _____
City                    State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor __**Nogin Commerce, LLC**_____    Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.nogin.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                             MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                             MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                        Involuntary Petition Against a Non-Individual                        page 2

Debtor **Nogin Commerce, LLC**
Name

Case number (*if known*) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | **Karen Kane, Inc.** | **Goods sold and delivered** | $ **2,106,427.15** [1] |
| | **S.K.I. Essential LLC** | **Goods sold and delivered** | $ **418,474.00** [1] |
| | **Jump Design Group Inc.** | **Goods sold and delivered** | $ **382,286.52** [1] |
| | **Rujo Boots Company LLC** | **Goods sold and delivered** | $ **427,252.13** [1] |
| | | Total of petitioners' claims | $ **3,334,439.80** [1] |

[1] Not less than the amount stated.

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

**Karen Kane, Inc.**
Name

**2275 E. 37th St.**
Number   Street

**Vernon**      **CA**    **90058**
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Michael Kane**
Name

**2275 E. 37th St.**
Number   Street

**Vernon**      **CA**    **90058**
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/21/2025**
MM / DD / YYYY

✗ *Michael Kane*
Signature of petitioner or representative, including representative's title

**Attorneys**

**S. Jason Teele**
Printed name

**Sills Cummis & Gross P.C.**
Firm name, if any

**101 Park Ave., 28th Fl.**
Number   Street

**New York**    **NY**    **10178**
City            State     ZIP Code

Contact phone **(973) 643-4779**   Email **steele@sillscummis.com**

Bar number **4025805**

State **NY**

✗   **/s/ S. Jason Teele**
Signature of attorney

Date signed **4/24/2025**
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor **Nogin Commerce, LLC**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

**S.K.I. Essential LLC**
Name

**230 W. 38 St.**
Number   Street

**New York**          **NY**        **10018**
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Gregory Sarway**
Name

**230 W. 38 St.**
Number   Street

**New York**          **NY**        **10018**
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/15/2025
             MM / DD / YYYY

X _/s/ [signature]_
Signature of petitioner or representative, including representative's title

---

**S. Jason Teele**
Printed name

**Sills Cummis & Gross P.C.**
Firm name, if any

**101 Park Ave., 28th Fl.**
Number   Street

**New York**          **NY**        **10178**
City                  State        ZIP Code

Contact phone **(973) 643-4779**   Email **steele@sillscummis.com**

Bar number  **4025805**

State  **NY**

X  **/s/ S. Jason Teele**
Signature of attorney

Date signed  **4/24/2025**
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Jump Design Group Inc.**
Name

**230 W. 39 St.**
Number   Street

**New York**          **NY**        **10018**
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Glenn Schlossberg**
Name

**230 W. 38 St.**
Number   Street

**New York**          **NY**        **10018**
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

**S. Jason Teele**
Printed name

**Sills Cummis & Gross P.C.**
Firm name, if any

**101 Park Ave., 28th Fl.**
Number   Street

**New York**          **NY**        **10178**
City                  State        ZIP Code

Contact phone **(973) 643-4779**   Email **steele@sillscummis.com**

Bar number  **4025805**

State  **NY**

X  _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor: **Nogin Commerce, LLC**
Case number (if known): _____

### Name and mailing address of petitioner

**S.K.I. Essential LLC**
Name

**230 W. 38 St.**
Number   Street

**New York**           **NY**       **10018**
City                   State     ZIP Code

### Name and mailing address of petitioner's representative, if any

**Gregory Sarway**
Name

**230 W. 38 St.**
Number   Street

**New York**           **NY**       **10018**
City                   State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ / _____ / _____
             MM   / DD  / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

**S. Jason Teele**
Printed name

**Sills Cummis & Gross P.C.**
Firm name, if any

**101 Park Ave., 28th Fl.**
Number   Street

**New York**           **NY**       **10178**
City                   State     ZIP Code

Contact phone **(973) 643-4779**   Email **steele@sillscummis.com**

Bar number   **4025805**

State   **NY**

✗ _____
Signature of attorney

Date signed _____ / _____ / _____
            MM   / DD  / YYYY

---

### Name and mailing address of petitioner

**Jump Design Group Inc.**
Name

**230 W. 39 St., 14th Fl.**
Number   Street

**New York**           **NY**       **10018**
City                   State     ZIP Code

### Name and mailing address of petitioner's representative, if any

**Glenn Schlossberg**
Name

**230 W. 39 St., 14th Fl.**
Number   Street

**New York**           **NY**       **10018**
City                   State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/21/2025**
             MM   / DD  / YYYY

✗ _/s/ (signature)_____
Signature of petitioner or representative, including representative's title

---

**S. Jason Teele**
Printed name

**Sills Cummis & Gross P.C.**
Firm name, if any

**101 Park Ave., 28th Fl.**
Number   Street

**New York**           **NY**       **10178**
City                   State     ZIP Code

Contact phone **(973) 643-4779**   Email **steele@sillscummis.com**

Bar number   **4025805**

State   **NY**

✗ **/s/ S. Jason Teele**
Signature of attorney

Date signed **4/24/2025**
            MM   / DD  / YYYY

---

Official Form 205     Involuntary Petition Against a Non-Individual     page 4

Debtor: **Nogin Commerce, LLC**

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: **Rujo Boots Company LLC**

Number Street: **4220 Gurley Ave**

City: **Dallas**   State: **TX**   ZIP Code: **75223**

**Name and mailing address of petitioner's representative, if any**

Name: **Fred Baker**

Number Street: **4220 Gurley Ave**

City: **Dallas**   State: **TX**   ZIP Code: **75223**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **4/23/2025** (MM/DD/YYYY)

X /s/ Fred Baker
Signature of petitioner or representative, including representative's title

---

Printed name: **S. Jason Teele**

Firm name, if any: **Sills Cummis & Gross P.C.**

Number Street: **101 Park Ave., 28th Fl.**

City: **New York**   State: **NY**   ZIP Code: **10178**

Contact phone: **(973) 643-4779**   Email: **steele@sillscummis.com**

Bar number: **4025805**

State: **NY**

X  **/s/ S. Jason Teele**
Signature of attorney

Date signed: **4/24/2025** (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

Contact phone: _____  Email: _____

Bar number: _____

State: _____

X _____
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4