

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*One Bowling Greent*          *(212) 510-0500*
*Room 534*                   *Fax: (212) 668-2261*
*New York, New York 10004*

## INVOLUNTARY CASE MEMORANDUM

TO:            Case Administration-Judge Team for <u>Judge Glenn</u>
               New York, New York

FROM:          William K. Harrington
               United States Trustee

PREPARED BY:   Mary Moroney

DATE:          June 16, 2025

RE:            **Nogin Commerce,LLC, No. 25-10810(MG)**
               Appointment of Interim Trustee Prior to Order for
               Relief.
-------------------------------------------------------------

**Do not schedule a section 341(a) meeting at this time.**

**Please prepare your regular notice regarding the order for
relief and indicate that Gregory Messer is the Interim Trustee.**

cc: Gregory Messer, Interim Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
In re                          :        Case No. 25-10810(MG)
                               :
Nogin Commerce, LLC,           :        **NOTICE TO TRUSTEE OF**
                               :        **APPOINTMENT AND FIXING**
                               :        **AMOUNT OF BOND**
                               :
              Debtor.          :
                               :
------------------------------X

TO:  Gregory Messer, Esq.
     26 Court Street, Suite 2400
     Brooklyn, New York 11242

     An order for relief having been signed in the above-captioned
involuntary case (11 U.S.C. § 303(h)) which was commenced on April
24, 2025 , you have been appointed, pursuant to 11 U.S.C. § 701(a),
as Interim Trustee of the estate of the above-named debtor.  If no
trustee is elected, you shall serve as the trustee in this case by
operation of law.  11 U.S.C. § 702(d).

     The amount of your bond is covered by the bond of Interim
Trustees in Chapter 7 cases issued by United States Fire Insurance
Company which is on file with this Office and the Bankruptcy Court.
See 11 U.S.C. § 322(a); FRBP 2008; FRBP 2010(a)).  You are required
to notify the undersigned in writing within five (5) business days
after receipt of this notice in the event you reject this
appointment.

Dated:  New York, New York
        June 16, 2025




                         William K. Harrington
                         William K. Harrington
                         United States Trustee
                         One Bowling Green, Room 534
                         New York, New York 10004
                         (212) 510-0500


▸ ▸ FILE A:\INV.7