**LaMonica Herbst & Maniscalco, LLP**  **Objection Deadline: November 7, 2025**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Jacqulyn S. Loftin, Esq.
Telephone: 516.826.6500
*Counsel to Gregory Messer, Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re:                                                         Chapter 7

NOGIN COMMERCE, LLC,                                           Case No. 25-10810 (MG)

                    Debtor.
-----------------------------------------------------------------------x

**NOTICE OF ABANDONMENT OF THE ESTATE'S INTEREST IN AND TO BICOASTAL ALLIANCE LLC TO CPH CAPITAL FUND I, L.P. THE DEBTOR'S SECURED CREDITOR WITH A SECURITY INTEREST IN AND TO THE DEBTOR'S INTEREST IN AND TO BICOASTAL ALLIANCE LLC**

**TO: ALL KNOWN CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE**, that pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the applicable provisions of Title 11 of the United States Code ("Bankruptcy Code"), notice is hereby given by Gregory M. Messer, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Nogin Commerce, LLC ("Debtor"), through his counsel, LaMonica Herbst & Maniscalco, LLP, of the proposed abandonment ("Abandonment") of the Debtor's 50% security interest in and to Bicoastal Alliance LLC ("Bicoastal") to CPH Capital Fund, I, L.P. ("CPH Fund"), that has a first priority security interest in and to the Debtor's collateral, including, but not limited to, the Debtor's interest in Bicoastal, the property which the Trustee is proposing the abandon ("Property"). The Trustee, in his business judgment, has determined that there is nominal or no value in the Property considering

1

the debt against the Property. Therefore, the Property has nominal or no value and is burdensome to the estate.

**PLEASE TAKE FURTHER NOTICE**, that Abandonment of the Property to CPH Fund shall be deemed effective on **November 10, 2025**.

**PLEASE TAKE FURTHER NOTICE**, that the Abandonment of the Property to CPH Fund is not intended to be, nor shall it be construed as, an abandonment of any other assets, claims or rights of the Trustee or the estate.

**PLEASE TAKE FURTHER NOTICE**, that objections ("Objections") to the Abandonment of the Property to CPH Fund, if any, must be in writing, conform with the Bankruptcy Code and the Bankruptcy Rules, state with particularity the grounds therefor and be filed with the United States Bankruptcy Court, Southern District of New York ("Court"), with a courtesy copy to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, counsel for the Trustee, Attn: Gary F. Herbst, Esq., no later than **November 7, 2025** ("Objection Deadline") as follows: (a) (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nyeb.uscourts.gov; and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that if no Objections are filed by the Objection Deadline, the estate's interest in the Property will be deemed abandoned to CPH Fund by operation of law.

**PLEASE TAKE FURTHER NOTICE,** that in the event Objections are filed with the Court and served upon the undersigned, there will be a hearing scheduled and held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, to consider any such Objections, notice of which will be given to all known creditors and parties in interest by the Trustee.

Dated: October 21, 2025
       Wantagh, New York

                              **LaMONICA HERBST & MANISCALCO, LLP**
                              Counsel to Gregory M. Messer, Chapter 7 Trustee

                By:   *s/ Jacqulyn S. Loftin*
                       Jacqulyn S. Loftin, Esq.
                       3305 Jerusalem Avenue, Suite 201
                       Wantagh, New York 11793
                       Telephone: 516.826.6500