**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Gregory Messer, Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| NOGIN COMMERCE, LLC, | Case No. 25-10810 (PB) |
| Debtor. | |

-----------------------------------------------------------------x

## DISCLAIMER AND RESERVATION OF RIGHTS OF CHAPTER 7 TRUSTEE

On or about March 31, 2025, Nogin Commerce, LLC ("Debtor") and Anthony Sodono, III, Esq., entered into a Deed of Assignment for the Benefit of Creditors transferring all assets of the Debtor to Anthony Sodono, III ("Assignee"). Anthony Sodono, III was appointed the Assignee for the benefit of Debtor's creditors.

On or about April 10, 2025, Assignee filed a petition for an order commencing an assignment for the benefit of creditors of Nogin Commerce, LLC in the Supreme Court of the State of New York, County of New York, under Index No. 154700/2025.

On April 24, 2025 ("Filing Date"), an involuntary petition was filed against the Debtor seeking relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court").

After a contested hearing, on June 13, 2025, the Court entered an Order for relief ("Order for Relief") directing the Debtor to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. Which included, among other things: (i) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and (ii) the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2.

The Order for Relief ordered that all filings—including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit— be filed within fourteen days (14) days from the date of entry of the Order for Relief. Because the Debtor had ceased all operations and no employees remained, the Debtor was unable to prepare and submit the required schedules and statements. The required schedules and statements have not been filed in the Debtor's case.

On or about June 16, 2025, Gregory Messer was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate, has since duly qualified and is the permanent Trustee of the Debtor's estate.

Since there is no one capable to file the required schedules and statements, Gregory Messer, solely in his capacity as Chapter 7 Trustee ("Trustee") of the estate of the Debtor, with the assistance of his retained professionals, is hereby filing the attached Schedules and Statements (collectively, "Schedules") in the Debtor's case. The Trustee was provided with the information from the Assignee with respect to certain of the Debtor's assets, liabilities and creditors.

The Schedules have been prepared based on the information provided by the Assignee. The Trustee cannot warrant the accuracy of the Schedules as filed herewith and the information contained in the Schedules may not be accurate and/or complete and are subject to errors and omissions. A diligent effort has been made to complete the Schedules accurately and completely based upon the information provided. All information disclosed in the Schedules is done so on an "as is" basis without warranty of any kind, express, implied or otherwise.

Subsequent information or the discovery of additional information may result in changes to the information in the Schedules. Accordingly, the Trustee reserves all rights to amend, supplement and update the information as may be necessary or appropriate.

## DISCLAIMER AS TO THE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR DEBTOR NOGIN COMMERCE, LLC

### Schedule A/B Disclaimer

Unless otherwise noted, all of the amounts listed on Schedule A/B represent the value of the Debtor's assets as reflected in the Assignee's Motion for Reimbursement of Expenses and Fixing Commission and Professional Fees as Administrative Claims ("Assignee Motion") filed in the Debtor's case on July 17, 2026 [ECF 77]. No independent review of the value of these assets was performed. The actual value of the assets listed as of this date may differ significantly from the amounts reflected in the Debtor's books and records.

### Schedule D Disclaimer

"Creditors Holding Secured Claims" are listed for informational purposes only, and the Trustee does not acknowledge or admit that by classifying the existence, validity, or amount of such claim or security interest that the identified creditors possess a valid claim against the Debtor's assets. The Trustee expressly retains all rights, subject to limitations set forth in the orders of the Bankruptcy Court, to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retain all other rights to challenge any alleged secured claim, on any basis, including the right to equitable or contractual subordination of such claim.

The fact that a claim on Schedule D is not identified as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such claim is *not* "disputed," "contingent," or "unliquidated." The Trustee reserves the right to dispute, or to assert offsets or defenses to, any claim identified on Schedule D as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

Moreover, the Trustee reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule D.

## Schedule E/F Disclaimer

"Creditors Holding Priority Unsecured Claims or General Unsecured Claims" are listed for informational purposes only, and the Trustee does not acknowledge or admit that by classifying the existence, validity, or amount of such claim that the identified creditors possess a valid claim against the Debtor's assets. The claims listed in Schedule F arose or were incurred on various dates. A determination of the date upon which each claim in Schedule F was incurred or arose is prohibitively expensive and unduly burdensome. Therefore, the Trustee was not provided with specified the dates on which the claims listed on Schedule F arose or were incurred.

The fact that a claim is identified on Schedule E/F as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such claim is not "disputed," "contingent," or "unliquidated." The Trustee reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on Schedule F as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." The Trustee reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule E/F.

Finally, the Trustee expressly retains all rights to seek equitable or contractual subordination of any listed claim.

## Schedule G Disclaimer

The information set forth herein was derived from the Assignee Motion. The Trustee reserves the right to amend any of the items set forth herein if and when more information becomes available.

This List of Executory Contracts and Unexpired Leases is furnished for informational purposes to apprise parties in interest of the Debtor's possible contractual relationships as of the commencement of this case and is derived from the Assignee Motion. This Schedule is not an acknowledgment that any contractual relationship exists or existed or that, if such a relation existed, said relationship presently exists. The Trustee does not waive any right to rescission or reformation or defense respecting any contract.

Similarly, Schedule G is not an acknowledgement that any contractual relationship constitutes an "Executory Contract." Some contracts listed in Schedule G may have been terminated or expired by their own terms prior to the commencement of this case, but have been listed in order to give adequate notice to parties in interest who may assert that an executory contract existed as of the commencement of this case.

Schedule G is not an acknowledgment that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an acknowledgment that the contract is a true Lease and not a Security Agreement. In fact, Agreements entitled "Lease" may constitute Security Agreements.

**Schedule H Disclaimer**

The information set forth herein was derived from the Assignee Motion. The Trustee reserves the right to amend any of the items set forth herein if and when more information is available.

**Statement of Financial Affairs Disclaimer**

The information set forth herein was derived from the Assignee Motion. The Trustee reserves the right to amend any of the items set forth herein if and when more information is available.

Dated: Brooklyn, New York
September 1, 2026

By: */s/ Gregory Messer*
Gregory Messer
Solely in his Capacity as the Chapter 7 Trustee
of the Bankruptcy Estate of Nogin Commerce, LLC

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **1,179,583.81** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **1,179,583.81** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **35,565,349.95** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **35,565,349.95** |

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$679,583.81** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank (5824)** | **Checking Account** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$679,583.81**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **Nogin Commerce, LLC** Case number *(If known)* **25-10810-PB**
Name

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **500,000.00** | - | **0.00** | = .... | **$500,000.00** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$500,000.00**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Approximately 170 computer items, including laptops, desktops, monitors, servers and miscellaneous computer parts (Apple, Lenovo, Dell)** | **Unknown** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor **Nogin Commerce, LLC** Case number *(If known)* **25-10810-PB**
Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Photographic and Studio Equipment (approximately 35 pieces of equipment, including cameras, lenses, and other photo equipment)** | **Unknown** | | **$0.00** |

51. **Total of Part 8.** **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |

| | | | |
|---|---|---|---|
| **Trademark rights in: "Face off Fashion", "Core Traffic", "Nogin"** | **Unknown** | | **$0.00** |

61. **Internet domain names and websites**

| | | | |
|---|---|---|---|
| **Domain rights in 26 website addresses** | **Unknown** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **Tech platform** | **Unknown** | | **$0.00** |

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor **Nogin Commerce, LLC** Case number *(If known)* **25-10810-PB**
Name

country club membership

| | |
|---|---|
| **Interests in subsidiaries and joint ventures** | **Unknown** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Nogin Commerce, LLC**
Name

Case number *(If known)* **25-10810-PB**

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$679,583.81** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$500,000.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,179,583.81** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$1,179,583.81** |

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 CPH Capital Fund I LLP**
Creditor's Name
**1178 Broadway, 3rd Floor**
**Suite 1014**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **$0.00**

**2.2 CT Corporation System**
Creditor's Name
**330 N. Brand Blvd.**
**Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Cash**

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **Unknown**
Column B: **$679,583.81**

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Acenda, Inc.**
**8400 Miramar Road**
**Suite 200-232b**
**San Diego, CA 92126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$616.00**

3.2 **Nonpriority creditor's name and mailing address**
**Aleksandra Rozumova**
**c/o Seamus Barrett, Phillips,**
**45 Broadway, FL 28**
**New York, NY 10006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

3.3 **Nonpriority creditor's name and mailing address**
**Alliant Insurance Services Inc**
**P.O. Box 21874**
**New York, NY 10087-1874**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$62,627.26**

3.4 **Nonpriority creditor's name and mailing address**
**Altum Group Advisors LLC**
**260 Fifth Avenue**
**Unit 125**
**New York, NY 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$350,000.00**

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.5 | **Amazon Web Services Inc.**<br>**P.O. Box 84023**<br>**Seattle, WA 98124-8423**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$60,075.52** |
| 3.6 | **Annabelle Johnson**<br>**1407 Dagmar Avenue**<br>**Pittsburgh, PA 15216**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.00** |
| 3.7 | **Attentive Mobile, Inc.**<br>**221 River Street**<br>**Suite 9047**<br>**Hoboken, NJ 07030**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,877.43** |
| 3.8 | **Azadeh Beheshtian, MD, PLLC**<br>**15 Park Avenue**<br>**New York, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.9 | **Bahaal Technologies Private LT**<br>**143, Rajdeeo, Lt. D Gupte Rd.**<br>**Nr. Bombay Scottish School**<br>**Mahim West, Mumbai, India 40001-6000**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,450.00** |
| 3.10 | **BB Brand Holdings LLC**<br>**40 Madison Avenue**<br>**Floor 15**<br>**New York, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$573,236.93** |
| 3.11 | **BKST Brand Holdings LLC**<br>**40 Madison Avenue**<br>**Floor 15**<br>**New York, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$153,339.96** |

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Black Pearl Group Limited**<br>**40 Johnston Street**<br>**Wellington**<br>**New Zealand 6011**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,636.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Blue Onion Labs, Inc.**<br>**300 East 34th Street, 20B**<br>**New York, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,639.23** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Bluestar Alliance, LLC**<br>**40 Madison Avenue**<br>**Floor 15**<br>**New York, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,500,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**BRF Finance Co., LLC**<br>**299 Park Avenue**<br>**21st Floor**<br>**New York, NY 10171**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,200,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Brian Hubbard**<br>**c/o Reisner & King, LLP**<br>**15303 Ventura Blvd Ste 1260**<br>**Sherman Oaks, CA 91403**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**BZM Graphics Limited**<br>**36/37 Mahfuza Tower (6th FL)**<br>**Adabor, Mohammadpour**<br>**Dhaka 1207, Bangladesh**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,141.30** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Career Group, Inc.**<br>**10100 Santa Monica Blvd.**<br>**Suite 900**<br>**Los Angeles, CA 90067**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$73,800.00** |

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Cheyenne Arnold**<br>**689 Humboldt Street**<br>**Apt. 1**<br>**Brooklyn, NY 11222**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,583.50** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Clancy Mclain**<br>**c/o Timothy A. Hall, Esq.**<br>**16200 Ventura Blvd Ste 208**<br>**Encino, CA 91436**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**CPH Capital Fund I LLP**<br>**1178 Broadway, 3rd Floor**<br>**Suite 1014**<br>**New York, NY 10001**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,000,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Dana Angelica Deleon**<br>**170 South Westchester Drive**<br>**Apt. 10**<br>**Anaheim, CA 92804**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,010.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Donlin Recano & Company, Inc.**<br>**48 Wall Street**<br>**22nd Floor**<br>**New York, NY 10005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,813.41** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**E-Hound Media**<br>**4533 Macarthur Boulevard 265**<br>**Newport Beach, CA 92660**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,560.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Economic Group Pension Svcs**<br>**7734 Excelsior Road, Suite 102**<br>**Baxter, MN 56425**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,837.50** |

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Ekata, Inc.**<br>**1301 5th Avenue, Suite 1600**<br>**Seattle, WA 98101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Entropy Global, Inc.**<br>**9450 Gemini Drive**<br>**Beaverton, OR 97008**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,550.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Equisolve, Inc.**<br>**3500 SW Corporate Parkway**<br>**Suite 206**<br>**Palm City, FL 34990**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,099.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Ethena, Inc.**<br>**33 Nassau Avenue**<br>**Floor 22**<br>**Brooklyn, NY 11222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,365.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Eximius Ventures Sdn Bhd**<br>**1028, Jalan Selesa**<br>**3 Happy Garden**<br>**Kuala Lumpur 52800**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,800.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Fate Enterprises LLC**<br>**2381 North Colorado Lane**<br>**Suite 14**<br>**Orange, CA 92867-2509**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Feedonomics**<br>**5550 Topanga Canyon Blvd**<br>**Suite 150**<br>**Woodland Hills, CA 91367**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,945.00** |

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

**3.33** **Nonpriority creditor's name and mailing address**
**Five9, Inc.**
**3001 Bishop Drive, Suite 350**
**San Ramon, CA 94583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,812.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Giselle Melchor**
**c/o Laurel Employment Law**
**808 Wilshire Blvd., Ste 200**
**Santa Monica, CA 90401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Goodlife GP, Inc.**
**400 Suave West**
**Montreal Quebec**
**H3L 1Z8**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Goodwin Proctor LLP**
**100 Northern Avenue**
**Boston, MA 02210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,548.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Google LLC**
**P.O. Box 883654**
**Los Angeles, CA 90088-3654**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$277,877.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**Griselda Bonilla**
**c/o Reisner & King, LLP**
**15303 Ventura Blvd., Ste 1260**
**Sherman Oaks, CA 91403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Heartbrand Beef Sales, Inc.**
**P.O. Box 309**
**Flatonia, TX 78941**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,532.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.40 **Nonpriority creditor's name and mailing address**
**HRLY Brand Holdings, LLC**
**40 Madison Avenue, FL 15**
**New York, NY 10016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**Hybrid Promotions, LLC**
**10700 Valley View Street**
**Cypress, CA 90630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$119,783.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Ideas 2 Solutions**
**4111 Stilton Lake Lane**
**Katy, TX 77494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Isabelle Le**
**c/o Kate Raven**
**536 Mission St., Ste 3326**
**San Francisco, CA 94105-2968**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Jordan Whitehead**
**c/o Timothy A. Hall, Esq.**
**16200 Ventura Blvd., Ste 208**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Jordan Whitehead**
**c/o Roger Y. Muse, Esq.**
**9595 Wilshire Blvd., Ste 900**
**Beverly Hills, CA 90212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**JourneyTEAM, LLC**
**121 W. Election Road**
**Suite 300**
**Draper, UT 84020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,307.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.47 **Nonpriority creditor's name and mailing address**
**Judicate West**
**1851 E. First Street**
**Suite 1600**
**Santa Ana, CA 92705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
**Julia Clark**
**c/o Kaliegold PLLC**
**490 43rd Street, No 122**
**Oakland, CA 94609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**Julia Dalton**
**c/o Chad Throndset**
**80 South 8th St, Ste 900**
**Minneapolis, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**Karen Kane, Inc.**
**2275 E. 37th Street**
**Vernon, CA 90058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,186,076.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**Kayser-Roth Corporation**
**102 Corporate Center Blvd.**
**Greensboro, NC 27408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
**Kevin Duhc**
**c/o Social Justice Law Coll**
**974 Howard Avenue**
**Dunedin, FL 34698**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
**Klavio**
**125 Summer Street**
**6th Floor**
**Boston, MA 02110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$63,969.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.54 **Nonpriority creditor's name and mailing address**
**LinkedIn Corporation**
**62228 Collections Center Drive**
**Chicago, IL 60693-0622**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
**Lucero Lopez**
**c/o Reisner & King, LLP**
**15303 Ventura Blvd., Ste 1260**
**Sherman Oaks, CA 91403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**Lucky Diem (EHO Entertainment)**
**235 Park Avenue South**
**4th Floor**
**New York, NY 10003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,749.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**Macias Gini & O'Connell LLP**
**220 Capitol Mall**
**Suite 2200**
**Sacramento, CA 95814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,666.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**MAJIK Cleaning Service, Inc.**
**299 Broadway, Room 1610**
**New York, NY 10007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$496.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Mark Sanders**
**c/o Thomas Tatonetti**
**569 77th Street**
**Brooklyn, NY 11209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Mastercard International**
**Dynamic Yld.**
**2000 Purchase Street**
**Purchase, NY 10577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$147,681.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.61 **Nonpriority creditor's name and mailing address**
**Meta Platforms, Inc.**
**1601 Willow Road**
**15161 Collections Center Dr.**
**Menlo Park, CA 94025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,917.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**Metabolic Health and Nutrition**
**1201 Broadway**
**7th Floor**
**New York, NY 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,543.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**MetaComet Systems, Inc.**
**29 College Street**
**South Hadley, MA 01075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Michael Luis**
**c/o Aisha Farrell-Jennings**
**201 Varick Street, RM 670**
**New York, NY 10014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Micheal Luis**
**c/o Yannick Grant**
**111 Broadway, Ste 1505**
**New York, NY 10006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Michelada, LLC**
**9450 SW Gemini Drive**
**#18347**
**Beaverton, OR 97008-7105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$116,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Microsoft Online, Inc.**
**P.O. Box 847543**
**Dallas, TX 75284-7543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,877.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.68 | **MINTZ**<br>**One Financial Center**<br>**Boston, MA 02111**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,000.00** |
| 3.69 | **N-able Technologies, LTD**<br>**The Vision Building**<br>**20 Greenmarket, Stes, 11 & 12**<br>**Dundee, DDI 4QB, Scotland UK**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$656.65** |
| 3.70 | **Nasdaq, Inc.**<br>**151 W. 42nd Street**<br>**New York, NY 10036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$206.45** |
| 3.71 | **Nourison Industries, Inc.**<br>**5 Sampson Street**<br>**Saddle Brook, NJ 07663**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.72 | **Obol LTD.**<br>**730 Arizona Avenue**<br>**Santa Monica, CA 90401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.73 | **Opensense, Inc.**<br>**1390 Market Street, Suite 200**<br>**San Francisco, CA 94102**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,525.00** |
| 3.74 | **POSAB, LLC**<br>**3828 W. Carson Street**<br>**Suite 102**<br>**Torrance, CA 90503**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$44,300.00** |

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.75 **Nonpriority creditor's name and mailing address**
**Postscript**
**3370 North Hayden Road**
**Suite 123**
**Scottsdale, AZ 85251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$104,160.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Rayyan Mustaqbil, Internet**
**Office 4F-067, Amna Nasser Blg**
**Al Marrar, Deira, PO Box 19023**
**Dubai, United Arab Emirates**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,225.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Rebecca Castillo**
**c/o Joseph Manning, Jr**
**26100 Towne Center Drive**
**Foothill Ranch, CA 92610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Rujo Boots Company, LLC**
**4011 Commerce Street**
**Dallas, TX 75226-1712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$222,053.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**S&S Brand Holdings, LLC**
**40 Madison Avenue**
**Floor 15**
**New York, NY 10016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,171.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Sandra Wurm**
**c/o Joshua Glickman**
**974 Howard Avenue**
**Dunedin, FL 34698**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**SendtoWin, LLC**
**9639 Savona Winds Drive**
**Delray Beach, FL 33446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.82 **Nonpriority creditor's name and mailing address**
**Sergio Francisco Montoya Comp**
**De la Libertad #131 Albaterra**
**Residencial, Colima**
**28017 Mexico**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,995.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**
**Shipman & Goodwin, LLO**
**One Constitution Plaza**
**Hartford, CT 06103-1919**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,548.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Simon & Schuster, LLC**
**1230 Avenue of the Americas**
**New York, NY 10020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,127.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**SKI Essentials, LLC**
**230 West 38th Street**
**8th Floor**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$120,037.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Snowflake, Inc.**
**P.O. Box 734951**
**Dallas, TX 75373-4951**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Solvo Solutions, LLC**
**1475 South Price Road**
**Chandler, AZ 85286**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,212.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Steven Artega**
**2138 Sylvia Street**
**West Covina, CA 91792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,612.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

3.89 **Nonpriority creditor's name and mailing address**
**Triple Whale, Inc.**
**266 N. 5th Street**
**Columbus, OH 43215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,789.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.90 **Nonpriority creditor's name and mailing address**
**Trisha Terperson**
**c/o Todd Carpenter**
**1350 Columbia St., Ste 603**
**San Diego, CA 92101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.91 **Nonpriority creditor's name and mailing address**
**Upwork Global, Inc.**
**441 Logue Avenue**
**Mountain View, CA 94043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$191,491.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.92 **Nonpriority creditor's name and mailing address**
**Value Ambridge Associates**
**2301 Duss Avenue**
**Suite 1**
**Ambridge, PA 15003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,436.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.93 **Nonpriority creditor's name and mailing address**
**Women Management, Inc.**
**601 West 26th Street**
**Spring Place**
**New York, NY 10001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.94 **Nonpriority creditor's name and mailing address**
**Yotpo, Inc.**
**233 Spring Street, FL 6**
**New York, NY 10013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,911.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.95 **Nonpriority creditor's name and mailing address**
**Zaira Chavez**
**c/o Gregory Freeburg**
**76 N. Fair Oaks Avenue**
**Pasadena, CA 91103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

Debtor **Nogin Commerce, LLC** Case number (if known) **25-10810-PB**
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Clancy Mclain**<br>**c/o Roger Y. Muse, Esq.**<br>**9595 Wilshire Blvd. Ste 900**<br>**Beverly Hills, CA 90212** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CPH Capital Fund I, LLP**<br>**459 Fifth Avenue, 29th Floor**<br>**New York, NY 10017** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Yotpo, Inc.**<br>**One Soho Square, 5th Floor**<br>**New York, NY 10016** | Line **3.94**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **35,565,349.95** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **35,565,349.95** |

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Alvies Boot Company, LLC** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **BB Brand Holdings LLC**<br>**40 Madison Avenue**<br>**Floor 15**<br>**New York, NY 10016** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Bicoastal Alliance, LLC** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **BKST Brand Holdings LLC**<br>**40 Madison Avenue**<br>**Floor 15**<br>**New York, NY 10016** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Coco Republic US, LLC** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Doctor Bill's Tooth Whitening** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Goodlife GP, Inc.<br>400 Suave West<br>Montreal Quebec<br>H3L 1Z8** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Heartbrand Beef Sales, Inc.<br>P.O. Box 309<br>Flatonia, TX 78941** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **HRLY Brand Holdings, LLC<br>40 Madison Avenue, FL 15<br>New York, NY 10016** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Hybrid Promotions, LLC<br>10700 Valley View Street<br>Cypress, CA 90630** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Justice Brand Holdings, LLC** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Karen Kane, Inc.<br>2275 E. 37th Street<br>Vernon, CA 90058** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Kayser-Roth Corporation<br>102 Corporate Center Blvd.<br>Greensboro, NC 27408** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Kick Ballz, Inc.** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease for non-residential real property located at 15 W. 38th Street, Suite 501, New York, NY 10018** | **Lease** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Loehmanns Blue, LLC** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Metabolic Health and Nutrition<br>1201 Broadway<br>7th Floor<br>New York, NY 10001** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Nourison Industries, Inc.<br>5 Sampson Street<br>Saddle Brook, NJ 07663** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **NYCO IP LLC** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **POSAB, LLC<br>3828 W. Carson Street<br>Suite 102<br>Torrance, CA 90503** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Regal LT Online LLC** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Rujo Boots Company, LLC<br>4011 Commerce Street<br>Dallas, TX 75226-1712** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **S&S Brand Holdings, LLC<br>40 Madison Avenue<br>Floor 15<br>New York, NY 10016** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Simon & Schuster, LLC<br>1230 Avenue of the Americas<br>New York, NY 10020** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor Agreement for e-commerce infrastructure services** | **SKI Essentials, LLC<br>230 West 38th Street<br>8th Floor<br>New York, NY 10018** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Supply Source Enterprises** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Targus US LLC** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor Agreement for e-commerce infrastructure services** | **Thread Collective, Inc.** |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement for e-commerce infrastructure services** | **Valuetech Outsourcing, LLC** |

Debtor 1 **Nogin Commerce, LLC** Case number (*if known*) **25-10810-PB**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for warehouse/storage in Ambridge, PA** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Warehouse Storage Agmt** |

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Nogin Commerce, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10810-PB**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bonilla v. Nogin Commerce, Inc. (predecessor to Nogin Commerce, LLC)<br>19STCV10703** | | **Los Angeles Superior Court<br>600 S. Commonwealth Avenue<br>Los Angeles, CA 90005** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Hubbard v. Nogin Commerce, Inc. (predecessor to Nogin Commerce, LLC)<br>CIVSB2024231** | | **San Bernadino Superior Court<br>247 West Third Street<br>San Bernardino, CA 92415-0210** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Terperson v. B. Riley Securities, Inc, et al (Nogin is not a defendant but holds the financial responsibility for settlement agreement pursuant to a certain indemnification obligations owed to its clients)<br>37-2023-00041084-CU-NO-NC** | | **San Diego Superior Court<br>1100 Union Street<br>San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Luis v. Nogin Commerce, LLC<br>301048938** | **OSHA Complaint** | **New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor **Nogin Commerce, LLC** Case number *(if known)* **25-10810-PB**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 1, 2026**

**/s/ Gregory Messer**
Signature of individual signing on behalf of the debtor

**Gregory Messer, Solely in his Capacity as Chapter 7 Trustee for the Estate of Nogin Commerce, LLC**
Printed name

**ALL INFORMATION CONTAINED HEREIN HAS BEEN PROVIDED TO THE TRUSTEE BY ASSIGNEE**
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes